Case: **2:25–cv–03058**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Claxton, Charmiane G.**
Assign. Date : **11/20/2025**
Description: **Lott v. TK Health**
**(Turnkey Health)**